IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 3:06-cv-00255 |
| 2.42 ACRES IN SUMNER COUNTY, TENNESSEE, LARRY LAW and MARTHA JO LAW FENIMORE | ) ) ) ) | |
| Respondents. | ) | |

### AGREED ORDER SUBSTITUTING THE ESTATE OF LARRY LAW AS A PARTY DEFENDANT

It appears to the Court, as evidenced by the signature of counsel below, that the parties are in agreement that the Estate of Larry Law should be substituted as a proper party defendant in this matter instead of Larry Law. Larry Law is deceased and his estate is subject to probate in the Chancery Court of Sumner County. Robert Law is the duly appointed executor of the estate and properly represents the estate in this matter.

IT IS SO ORDERED.

Entered this the 26 day of May, 2010.

_____
District Judge Aleta Trauger